# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00176-CV

**Anthony Leo Sheridan, Appellant**

**v.**

**The Office of the Attorney General, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 12-0872-FC2, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Anthony Leo Sheridan's brief was due on July 28, 2014. Sheridan has attempted to file his brief on four separate dates, but this Court has rejected the brief each time because it did not comply with the Texas Rules of Appellate Procedure. This Court rejected the most-recent brief because the brief and its appendix were not redacted. *See* Tex. R. App. P. 9.9.

Sheridan has also filed multiple motions for extension of time to file his brief. In his most recent motion, he requests an extension until September 19, 2014. This Court dismisses Sheridan's pending motions for extension of time to file appellant's brief as moot and orders that Sheridan's deadline to file his brief is October 9, 2014. No further extensions will be granted.

If Sheridan fails to file a brief that complies with the Texas Rules of Appellate Procedure by October 9, 2014, this Court will dismiss the appeal for want of prosecution.

It is ordered September 30, 2014.


Before Chief Justice Jones, Justices Rose and Goodwin